# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. JOHN PETE LESUEUR, JR.*

Case No. 3:16-cr-00052-TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

    Having reviewed Magistrate Judge McCoy's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 37), in conjunction with the parties' Objections and Responses (Docket Nos. 25 & 45), and the Magistrate's Final Report and Recommendation, (Docket 46), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress, (Docket No. 20), is DENIED.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: September 22, 2016